1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LUIS FERNANDO MANCILLAS              No.  2:22-cv-1735 TLN AC P
     MEDINA,
12
                      Petitioner,
13                                        ORDER
               v.
14
     DAVID BREWER,
15
                      Respondent.
16

17          Petitioner, a federal prisoner proceeding pro se with this application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2241, has requested this action be dismissed without prejudice.

19   The motion will be granted.

20          Accordingly, IT IS HEREBY ORDERED that:

21          1.   The findings and recommendations filed May 24, 2023 (ECF No. 6) are VACATED.

22          2.   Petitioner's motion to voluntarily dismiss the petition (ECF No. 7) is GRANTED and

23   this action is dismissed without prejudice.  Fed. R. Civ. P. 41(a); Rule 12, Rules Governing

24   Habeas Corpus Cases Under Section 2254.

25          3.   The Clerk of the Court is directed to close this case.

26   DATED: June 6, 2023

27   _____

     ALLISON CLAIRE
28   UNITED STATES MAGISTRATE JUDGE